UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MORGAN, ) | Civil No. 06-CV-2404-L(JMA) |
| Plaintiff, ) | **ORDER GRANTING JOINT MOTION [doc. #18] and DISMISSING THIS ACTION WITH PREJUDICE** |
| v. ) | |
| OCB RESTAURANT CO., dba HOMETOWN BUFFET #263, *et al.*, ) | |
| Defendants. ) | |

Good cause appearing, **IT IS ORDERED** granting the parties' joint motion for dismissal with prejudice. **IT IS FURTHER ORDERED** directing the Clerk of the Court to close this case.

**IT IS SO ORDERED.**

DATED: March 16, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. JAN M. ADLER
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL